# Court of Appeals
# of the State of Georgia

ATLANTA,   November 19, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0112.  DAVID CARSON v. DOZIER SMITH.**

This case originated as a dispossessory proceeding in magistrate court.  After the magistrate court ruled in favor of Dozier Smith, David Carson appealed to superior court.  On October 10, 2014, the superior court issued a writ of possession in favor of Smith, and Carson filed an application for discretionary appeal from this ruling on October 23, 2014.  We lack jurisdiction.

Although an application for discretionary appeal generally may be filed within 30 days of entry of the order sought to be appealed, the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994).  The underlying subject matter of this case is a dispossessory judgment.  And, pursuant to OCGA § 44-7-56, an appeal from a dispossessory judgment must be filed within seven days of the date the judgment was entered.  See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  Here, Carson filed his application 13 days after the superior court's order was entered.  This application for discretionary appeal is thus untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* _____11/19/2014_____
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*